RECEIVED
IN LAKE CHARLES, LA.

NOV - 9 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **DEREKE A. SILVERS** **FED. REG. NO. 14473-074** | **CIVIL ACTION NO. 09-1675** **SECTION P** |
| VS. | JUDGE MINALDI |
| JOE YOUNG | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that petitioner's habeas corpus petition be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR 41.3.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this ___9___ day of ___November___, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE